UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| MIKE J. SHOMER, <br><br> Plaintiff, <br><br> vs. <br><br> FLAGSTAR BANK, FSB, Trustee Corps, Company; MERS, <br><br> Defendants. | 2:10-CR-02186-PMP-GWF <br><br> **ORDER** |

The Court having read and considered Defendant Flagstar Bank's Motion to Dismiss (Doc. #13) filed February 1, 2011, and Defendant MTC Financial, Inc., dba Trustee Corps' Motion to Dismiss Complaint (Doc. #15) filed February 3, 2011, and Plaintiff having failed to respond to either Motion despite having been advised of his obligation to do so, and it also appearing that Defendants' are entitled to the relief requested on the merits of their respective Motions, and good cause appearing,

**IT IS ORDERED that** Defendant Flagstar Bank's Motion to Dismiss (Doc. #13) is **GRANTED**.

**IT IS FURTHER ORDERED that** Defendant MTC Financial, Inc., dba Trustee Corps' Motion to Dismiss Complaint (Doc. #15) is **GRANTED**.

///

**IT IS FURTHER ORDERED that** Plaintiff Mike J. Shomer's Complaint (Doc. #1) is **DISMISSED**.

DATED: March 1, 2011.

_____
PHILIP M. PRO
United States District Judge